PROB 12B

# United States District Court
# for the
# Western District of Tennessee
# Request for Modifying the Conditions or Term of Supervision

Name of Offender: Omarr Brand

Docket No. 2:25CR20432-01

Name of Magistrate Judge: The Honorable Tu M. Pham, Chief U.S. Magistrate Judge

Assigned District Judge: The Honorable Brian C. Lea

Date of Next Court Date: 12/17/2026

Type of Hearing: Sentencing

Charged Offense: 18 U.S.C. 922(g)(1) – Felon in Possession of a Firearm

Date Supervision Commenced: Ordered on 2/25/2026, released on 3/25/2026

---

## PETITIONING THE COURT

☑ To remove the conditions of supervision as follows: **Participate in one of the following location restriction programs and comply with its requirements as directed: Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations or other activities approved in advance by the pretrial services office or supervising officer.**

## CAUSE

On February 25, 2026, the defendant was granted a $10,000 bond secured by 10% with conditions to include location monitoring/home detention with GPS technology. Due to not posting bond, the defendant was remanded to the custody of the US Marshals Service. On March 25, 2026, a motion for bond hearing was held and the defendant's bond was reduced to $10,000 secured by 5%. The defendant continues to make himself available for supervision. A record check revealed no new or pending charges.

Mr. Brand has had one instance of location monitoring noncompliance that was addressed within the parameters of the location monitoring program.

Based upon his overall compliance, the U.S. Probation and Pretrial Services Office respectfully recommends that the location monitoring conditions be removed. AUSA Benjamin Frizzell was contacted and advised he has no objections to the modifications.

Respectfully submitted,

s/Marco Ashford

U.S. Probation Officer

Approved:

s/Freddie McMaster II July 30, 2026

Supervisory U.S. Probation Officer Date

---

**THE COURT ORDERS:**

☐ No Action.
☒ The removal of the condition(s) as noted above
☐ Other

*s/Brian C. Lea*

Signature of Judicial Officer

Date: July 31, 2026